```
IN RE:                          FILED                    CASE NO. 09-51687-S

SANDRA LEE GEIB            2011 APR 21 PM 12: 37        CHAPTER 7

         Debtor          U.S. BANKRUPTCY COURT           REPORT OF DIVIDEND
                         NORTHERN DISTRICT OF            UNDER FIVE DOLLARS
                              OHIO, AKRON
```

Harold A. Corzin, Trustee herein, reports that check #110 in the amount of $ .92 was issued on April 2, 2011 to the Clerk of Courts in payment of dividend under $5.00 for the following unsecured creditor:

Amt. of Dividend

Claim #4       PYOD LLC its successors and assigns       $    .92
               c/o Resurgent Capital Services
               PO Box 19008
               Greenville, SC 29602


TOTAL:                                                   $    .92


                                            _____
                                            HAROLD A. CORZIN, TRUSTEE
                                            304 N. Cleveland-Massillon Rd.
                                            Akron, Ohio 44333
                                            (330) 670-0770

April 9, 2011

*ck #110*

*Receipt #82302*